AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
SEP 2 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | |
|---|---|---|
| United States of America | ) | Case No.  4-12-71022-MAG |
| v. | ) | |
| Charles Rainer Sinek | ) | Charging District: Northern Dist. of New York, Plattsburgh |
| *Defendant* | ) | Charging District's Case No. 8:12-CR-448-DNH |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, Northern District of New York 14 Durkee St., 3rd Floor Plattsburgh, New York 12901-2834 | Courtroom No.: Mag. Judge Larry Kudrle, Ste. 350 |
|---|---|---|
| | | Date and Time: 10/15/12 at 2:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 9/25/12

*Judge's signature*

**DONNA M. RYU**, United State Magistrate Judge
*Printed name and title*

cc: Copy to parties via ECF, Chambers of Mag. Judge Larry Kudrle, Pretrial Services,
    2 Certified copies to U.S. Marshal