| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | BRIAN C. LEWIS  (DCBN 476851)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612 |
| 7 | Telephone: (510) 637-3680<br>Facsimile:  (510) 637-3724 |
| 8 | E-Mail: brian.lewis@usdoj.gov |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 4-12-71022-MAG |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]**<br>**ORDER TO CLERK'S OFFICE TO**<br>**ACCEPT PROPERTY DOCUMENT** |
| CHARLES RAINER SINEK, | ) | |
| Defendant. | ) | |

Defendant Charles Sinek was arrested on September 17, 2012, in the Northern District of California stemming from criminal charges pending in the Northern District of New York.  On September 18, 2012, the defendant was ordered released on a $100,000 bond secured by the posting of 2754 Dohr Street, Berkeley, California.  At that time, one of the two owners of the property to be posted signed the bond releasing the defendant.  The Court ordered that the property documents be filed with the Clerk's office no later than Friday, September 28, 2012. The second property owner is scheduled to appear before this Court and sign the bond on Thursday, October 11, 2012, at 9:00 a.m.  Accordingly, the Court ORDERS the Clerk's office to

STIPULATION AND [PROPOSED] ORDER
 CR 4-12-71022-MAG

1  accept the property documents immediately, anticipating that the posting of the bond will be
2  completed with the second property owner signing on the bond on October ~~11~~ 10, 2012.
3       IT IS SO STIPULATED.

5  DATED: September 28, 2012                    /s/
6                                               JOHN RUNFOLA
                                                Counsel for Charles Rainer Sinek

8  DATED: September 28, 2012                    /s/
                                                BRIAN C. LEWIS
9                                               Assistant United States Attorney

11      IT IS SO ORDERED.

13  DATED: 9/28/2012                            [signature]
                                                DONNA M. RYU
14                                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 4-12-71022-MAG                              -2-